JULIA JAYNE (State Bar No. 202753)
Email: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, Ca 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
ANTHONY VALDOVINOS

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY VALDOVINOS,<br><br>　　　　Defendant. | Case No. CR 21-00051 VC<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO MODIFY DEFENDANT'S**<br>**BOND CONDITIONS** |

　　　Defendant Anthony Valdovinos was released from custody on June 14, 2021 with particularized bond conditions. Defendant was released without a full postbail report. Such report has now been filed by Pretrial Services. ECF No. 44.

　　　Pretrial Services recommends the following additional conditions of release:

1. *Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.*

2. *Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription.*

3. *Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.*

4. *Defendant must participate in mental health treatment as directed by Pretrial Services.*

**STIP AND PROPOSED ORDER, CASE NO. CR 21-0051VC**

1   Mr. Valdovinos has been advised by counsel of the above-noted conditions and agrees and
2   accepts all conditions.
3   Therefore, the parties stipulate and agree that Mr. Valdovinos' bond should include the
4   four-above noted conditions and request that the hearing scheduled for June 23, 2021 before the
5   magistrate court be vacated.
6   Mr. Valdovinos' next court date is July 13, 2021 before the district court.
7   **IT IS SO STIPULATED**

12  DATED: June 23, 2021         By:           /s/
                                  Julia Mezhinsky Jayne
13                                Counsel for ANTHONY VALDOVINOS

15  DATED: June 23, 2021         UNITED STATES ATTORNEY'S OFFICE

17                                By:           /s/
                                  CHRISTINA LIU
18                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**STIP AND PROPOSED ORDER, CASE NO. CR 21-0051VC**

**[~~PROPOSED~~] ORDER**

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Anthony Valdovinos' release shall be modified as follows:

1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.

2. Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription.

3. Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.

4. Defendant must participate in mental health treatment as directed by Pretrial Services.

All other conditions of Mr. Valdovinos' release shall remain the same. The hearing set for June 23, 2021 is hereby vacated.

DATED: June 23, 2021

HON. MAG. JUDGE THOMAS HIXSON
United States Magistrate Court Judge

**STIP AND PROPOSED ORDER, CASE NO. CR 21-0051VC**